IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STOUT STREET FUNDING LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-5634 |
| OTIS JOHNSON *a/k/a OTIS JOHNSON-* | : | |
| *DAVENPORT*, ET AL. | : | |

# **O R D E R**

**AND NOW**, this   3rd   day of   November   , 2014, upon consideration of Plaintiff's

Second Motion for the Entry of Default Judgment Against Defendants Otis Johnson (a/k/a Otis

Johnson-Davenport); Mabstract, LLC; John D. Glenn, Jr. (a/k/a John Glenn and d/b/a

International Small Business Network); Shannen Kurz; Michael Meehan; AMJ Hoagie House,

LLC; and Mabstract Management, LLC (ECF No. 125), and all documents submitted in support

thereof, including the Declaration of Fred Greenberg, Esquire, and the Affidavit of Tom Plisko,

it is **ORDERED** that Plaintiff's Motion is **GRANTED** in part, and **DENIED** in part, as follows:

A.   Default judgment is hereby entered in favor of Plaintiff and against Defendants

Otis Johnson (a/k/a Otis-Johnson Davenport), Mabstract, LLC, John D. Glenn, Jr.

(a/k/a John Glenn and d/b/a International Small Business Network), Michael

Meehan, and Mabstract Management, LLC, jointly and severally, in the amount

of $290,185.[1]

B.   Default judgment is hereby entered in favor of Plaintiff and against Defendant

AMJ Hoagie House in the amount of $24,000.

---

[1] Upon agreement between the parties, Defendant Shannen Kurz is dismissed from this action.

C.       Within thirty (30) days of the date of this Order, Plaintiff shall submit a detailed

calculation of the pre-judgment interest to which it claims it is entitled, based off

a rate of six percent.

D.       A hearing on Plaintiff's request for punitive damages against Defendants Otis

Johnson, Mabstract, LLC, Mabstract Management, LLC, John D. Glenn, Jr., and

Michael Meehan will be scheduled at the convenience of the parties and the

Court.

E.       Plaintiff's request for an order declaring that the default judgments be non-

dischargeable in bankruptcy is denied.

**IT IS SO ORDERED.**

                                                  **BY THE COURT:**

                                                  **R. BARCLAY SURRICK, J.**